WG/NJ

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

U.S. District Court
Wisconsin Eastern
JUL 19 2023
FILED
Clerk of Court

| | |
|---|---|
| Joe Kingsley | Case No. 23C964 |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ✔ Yes ☐ No |
| -v- | |
| Paul Hartrick and State of Wisconsin Department of Natural Resources | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Joe Kingsley
- **Address:** 3067 N River Rd
  - City: Oconto
  - State: wi
  - Zip Code: 54153
- **County:** Oconto
- **Telephone Number:** 920-445-4466
- **E-Mail Address:** jzcm@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- **Name:** Paul Hartrick
- **Job or Title** (if known): Game Warden
- **Address:** 300 Hank Marks Drive
  - City: Oconto Falls
  - State: WI
  - Zip Code: 54154
- **County:** Oconto
- **Telephone Number:** 920-373-4179
- **E-Mail Address** (if known):

[✔] Individual capacity  [ ] Official capacity

**Defendant No. 2**

- **Name:** State of Wisconsin Department of Natural Resources
- **Job or Title** (if known):
- **Address:** 101 S. Webster Street
  - City: Madison
  - State: wi
  - Zip Code: 53707
- **County:** Dane
- **Telephone Number:** 608-266-2621
- **E-Mail Address** (if known):

[ ] Individual capacity  [ ] Official capacity

**Defendant No. 3**
- Name
- Job or Title *(if known)*
- Address

    City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

**Defendant No. 4**
- Name
- Job or Title *(if known)*
- Address

    City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th amendment, 5th amendment, 14th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Warden Hartrick violated my 4th amendment by taking pictures/photographs of my property while on my property without a warrant, unlawful use of force and unlawful arrest.
Warden Hartrick violated my 5th amendment by demanding my name.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Plaintiff's Property
3067 N River Rd, Oconto, WI

Town of Oconto
Oconto County

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 18th 2021
Approximately 4:00 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Suffered neck and shoulder injuries from Warden Hartrick grabbing my wrist and pulling and twisting my arm as well from being leg tripped.

During booking I was asked if I sustained any injuries, which I replied "yes" and a nurse was supposed to check m out, however no one ever looked at my injuries from the Oconto County Jail.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $1,000,000 (one million dollars) for lawyer fees from unlawful arrest, pain and suffering, mental anguish and counseling services

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/26/2023

Signature of Plaintiff
Printed Name of Plaintiff: Joe Kingsley

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

# Attachment

On May 18th 2021 approximately 4:00 pm I was working on my new house when Warden Hartrick announced himself through an open door. I came to the door to see what he wanted. Warden Hartrick explained he was there for an anonymous complaint and he asked if he could search my property. I told Warden Hartrick politely that I was busy and he would have to come back at a later time. At this point Warden Hartrick refused to leave so I picked up my phone and started to record the interaction. Again I told Warden Hartrick to leave and to get a search warrant signed by a judge if he wanted to search my property since he was refusing to leave. At this point Warden Hartrick demanded I provide my name, which I told him it was my 5th amendment right not too. After refusing to give my name Warden Hartrick threatened me with Obstruction of Justice. Again I told Warden Hartrick to leave and to come back with a search warrant. During this time my girlfriend showed up and noticed the confrontation and she too started to video record the interaction. At this time is when Warden Hartrick decided he was going to leave, but only walking a few steps away and started taking pictures of my property with his cell phone. I confronted Warden Hartrick and blocked his view from taking anymore pictures and at that time Warden Hartrick shoved me back with his hand. Again I told Warden Hartrick to get a search warrant and to get off my property. I then escorted Warden Hartrick off my property and at that time I noticed Warden Hartrick truck was blocking a lane of traffic without any warning devices alerting other traffic as he parked on the road. I said to Warden Hartrick "no cones, no flashers or no indication that his truck is parked on the road. At this point Warden Hartrick then grabbed my left wrist and pulled and twisted my arm without and notice. I pulled away from him and Warden Hartrick shouted "you won't get back as I'm backing up w both arms and hands in the air. At this time I was walking backwards away from Warden Hartrick went he made a fist like he was going to hit me. I started to walk backwards as Warden Hartrick attacked me. At one point Warden Hartrick tried leg tripping me and he fell to the ground. I walked backwards running into a parked vehicle then eventually getting back to safety inside my building. As I started to close the door Warden Hartrick reached for his taser just as my girlfriend stepped in front of him to stop him from hurting me. At this time Warden Hartrick called for back-up as I then waited outside as Warden Hartrick retreated back to his truck and backed a 1/4 mile down the road and waited for back-up. Once back-up arrived Warden Hartrick came back onto my property with 2 Oconto County Sheriff officers without a warrant and I was arrested.

There is Video evidence of this

Brenda Brabant - witness
307 Knapp Ave
Oconto, WI 54153